**Order entered December 3, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00072-CV

### GBENGA EMANUEL OWOYE, Appellant

### V.

### OMOWUMI OWOYE, Appellee

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-18-1697**

## ORDER

Before the Court is appellee's November 30, 2020 third motion for an extension of time to file her brief on the merits. We **GRANT** the motion. We **ORDER** the brief tendered to this Court by appellee on November 30, 2020 filed as of the date of this order.

/s/    ERIN A. NOWELL
         JUSTICE